IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BMR No. 1 LLC d/b/a
MIKE JUNEAU'S BROOKFIELD BUICK
GMC

and

E.J. SALENTINE, INC. d/b/a
SALENTINE BUICK

           Plaintiffs,

   v.

GENERAL MOTORS LLC

           Defendant.

Case No. 10-cv-376-wmc

## DEFENDANT GENERAL MOTORS LLC'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

      Defendant General Motors LLC ("GM"), by it's attorney's Godfrey & Kahn, S.C. hereby moves the Court to file under seal Exhibit B, Wind-Down Agreement, between GM and E.J. Salentine, Inc. entered June 1, 2009, attached to it's Notice of Removal filed July 9, 2010, as Document No. 1.  In support of this Motion, GM states as follows:

      That the Wind-Down Agreement contains confidentiality terms and includes confidential, proprietary business information as part of the agreement.

      WHEREFORE, all the foregoing reasons, GM respectfully requests that the Court enter an order which allows this document to be filed under seal.

July 9, 2010                                     Respectfully submitted,


                                                 By:   *s/Douglas M. Poland*
                                                       Douglas M. Poland (State Bar. #1055189)
                                                       Godfrey & Kahn, SC
                                                       One East Main Street, Suite 500
                                                       P.O. Box 2779
                                                       Madison, Wisconsin  53703
                                                       608-257-3911
                                                       dpoland@gklaw.com

                                                 and

                                                 OF COUNSEL
                                                 Jeffrey J. Jones (Ohio Bar #0030059)
                                                 Jones Day
                                                 325 John H. McConnell Boulevard, Suite 600
                                                 P.O. Box 165017
                                                 Columbus, Ohio  43216-5017
                                                 614-469-3939
                                                 jjjones@jonesday.com

                                                 *Attorneys for Defendant General Motors LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2010 a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following ECF participants:

Joseph P. Wright
Jon Evenson
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784
jwright@staffordlaw.com
jevenson@staffordlaw.com

Dated this 9th day of July, 2010

*s/Matthew P. Veldran*_____
Matthew P. Veldran

5176643_1